UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------X
MANUEL MEJIA MENDEZ,
*individually and on behalf of others similarly situated,*

      *Plaintiff,*

-against-

PRIMERA PIZZERIA LTD. (d/b/a VINICIO'S RESTAURANT), BANTE CORPORATION (d/b/a VINICIO'S RESTAURANT), TEOFILO VENICIO MENDEZ, and GLORIA DOE,

      *Defendants,*

-------------------------------------X

Civil Action No. **25-cv-01615**

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

To: Joey Tsai
   Tsai PLLC
   535 5th Avenue, 4th Floor
   New York, NY 10017
   T. 646-829-9001 | F. 646-829-9002
   jtsai@tsaipllc.com
   *Attorneys for Defendants*

PLEASE TAKE NOTICE that Plaintiff Manuel Mejia Mendez, hereby accepts the offer of judgment made by Defendants Primera Pizzeria LTD. (d/b/a Vinicio's Restaurant), Bante Corporation (d/b/a Vinicio's Restaurant), Teofilo Venicio Mendez, and Gloria Mendez (improperly sued herein as Gloria Doe), pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated November 14, 2025. A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated: New York, New York
   November 17, 2025

                  Robert Jun, Esq.
                  Michael Faillace & Associates, P.C.
                  60 East 42nd Street, Suite 4510
                  New York, NY 10165
                  (212) 317-1200
                  *Attorneys for Plaintiff*