UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MANUEL MEJIA MENDEZ, *individually and on behalf of others similarly situated,*

                *Plaintiff,*

-against-

PRIMERA PIZZERIA LTD. (d/b/a VINICIO'S RESTAURANT), BANTE CORPORATION (d/b/a VINICIO'S RESTAURANT), TEOFILO VENICIO MENDEZ, and GLORIA DOE,

                *Defendants,*
-----------------------------------------------------------------X

Civil Action No. **25-cv-01615**

**JUDGMENT**

## JUDGMENT

On November 17, 2025, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED and ADJUDGED as follows:

That the Plaintiff, Manuel Mejia Mendez, has judgment against Primera Pizzeria LTD. (d/b/a Vinicio's Restaurant), Bante Corporation (d/b/a Vinicio's Restaurant), Teofilo Venicio Mendez, and Gloria Mendez (improperly sued herein as Gloria Doe), jointly and severally, in the amount of Thirty-Two Thousand Two Hundred Fifty Dollars and Zero Cents ($32,250.00), which is inclusive of attorneys' fees and costs.

Dated: Brooklyn, New York

      November 19, 2025

BRENNA B. MAHONEY
CLERK OF COURT

*Jalitza Poveda*
_____
Deputy Clerk